1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  NIMA E. SOHI (SBN 233199)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
4  Martinez, California 94553
   Telephone:   (925) 335-1800
5  Facsimile:   (925) 335-1866
   Email: nima.sohi@cc.cccounty.us
6
7  Attorneys for Defendants
   CITY OF LAFAYETTE, COUNTY OF
8  CONTRA COSTA, LAFAYETTE POLICE
   CHIEF ERIC CHRISTENSEN,
9  LAFAYETTE POLICE OFFICER
   STEVE HARRISON, AND LAFAYETTE
10 POLICE OFFICER MICHAEL MARSHALL

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15 MICHAEL SCHOCK,                    No. C14-01902 RS

16        Plaintiff,                  STIPULATION AND [PROPOSED] ORDER
                                      TO EXTEND TIME TO RESPOND TO
17 v.                                 MOTION TO DISMISS AND REPLY IN
                                      SUPPORT OF SAME
18 CITY OF LAFAYETTE; COUNTY OF
   CONTRA COSTA; LAFAYETTE           [Civil L.R. 6-1, 6-2, 7-12]
19 POLICE CHIEF ERIC CHRISTENSEN,
   individually and in his official capacity;
20 LAFAYETTE POLICE OFFICER
   STEVE HARRISON, individually;     Date:   September 4, 2014
21 LAFAYETTE POLICE OFFICER          Time:   1:30 p.m.
   MICHAEL MARSHALL, individually;   Crtrm: 3, 17th Floor
22 and DOES 1 through 20,            Judge:  Hon. Richard Seeborg, Presiding

23        Defendants.                 Date Action Filed:  April 24, 2014
                                      Trial Date:  None Assigned

24        Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff MICHAEL SCHOCK, by

25 and through his attorney of record, Stan Casper of the Casper, Meadows, Schwartz & Cook

26 law firm, and Defendants COUNTY OF CONTRA COSTA, CITY OF LAFAYETTE,

27 LAFAYETTE POLICE CHIEF ERIC CHRISTENSEN, LAFAYETTE POLICE OFFICER

28 STEVE HARRISON, and LAFAYETTE POLICE OFFICER MICHAEL MARSHALL

(collectively "Defendants"), by and through their attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby file this stipulated request for an order extending the time for the parties to file opposition and reply briefs, in response to and in support of Defendants' Motion to Dismiss Certain Claims in Plaintiff's Complaint, or Alternatively, Stay the Action (Doc. No. 10), filed on June 16, 2014.

## RECITALS

1.     On April 24, 2014, Plaintiff filed a complaint alleging violations of his civil rights pursuant to 42 U.S.C. §§ 1983 and 1988, and the common law of the State of California.

2.     On June 16, 2014, Defendants filed a motion to dismiss certain claims in Plaintiff's complaint, or alternatively, stay the action.  The motion to dismiss was originally noticed for hearing before Magistrate Judge Cousins on July 23, 2014.

3.     On June 19, 2014, this action was reassigned to Judge Richard Seeborg.  The Court ordered that all pending motions must be re-noticed for hearing before the judge to whom the case has been reassigned, but that briefing schedules shall remain unchanged.

4.     Pursuant to the Federal Rules and Local Rules, Plaintiff's response to the motion to dismiss was due on June 30, 2014, with Defendants' reply due on July 7, 2014.

5.     On June 27, 2014, Defendants filed a re-notice of their motion to dismiss, per the Court's order, setting the hearing date on their motion to dismiss for September 4, 2014.  However, due to a misunderstanding, the filing deadlines were input as if the motion was being filed that day, *i.e.*, responses to the motion to dismiss due by July 11, 2014, with replies due by July 18, 2014.

6.     The parties have stipulated and agreed that a response to the motion to dismiss shall be due no later than July 7, 2014, with Defendants' reply in support of said motion to dismiss due no later than July 16, 2014.  Pursuant to Civil Local Rule 6-2(a), in the accompanying declaration of Nima E. Sohi, the parties attest that the requested extension of time to respond to the motion to dismiss, and reply to said response, will not affect the current case schedule nor alter the date of any other event or deadline already fixed by Court order.

///

1

**STIPULATION**

2     Pursuant to Civil Local Rule 6-2(a), the parties hereby stipulate that the response of

3  Plaintiff Michael Schock to Defendants' Motion to Dismiss Certain Claims in Plaintiff's

4  Complaint, or Alternatively Stay the Action, filed on June 16, 2014, will be due no later than

5  July 7, 2014, with Defendants' reply due no later than July 16, 2014.

6

7  DATED: June 30, 2014                      CASPER, MEADOWS, SCHWARTZ & COOK

8
                                            By: _____/s/_____
9                                                STAN CASPER
                                                 Attorneys for Plaintiff
10                                               MICHAEL SCHOCK

11

12  DATED: June 30, 2014                      SHARON L. ANDERSON, County Counsel

13
                                            By: _____/s/_____
14                                               NIMA E. SOHI
                                                 Deputy County Counsel
15                                               Attorneys for Defendants
                                                 CONTRA COSTA COUNTY, CITY OF
16                                               LAFAYETTE, LAFAYETTE POLICE
                                                 CHIEF ERIC CHRISTENSEN,
17                                               LAFAYETTE POLICE OFFICER STEVE
                                                 HARRISON, AND LAFAYETTE POLICE
18                                               OFFICER MICHAEL MARSHALL

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2     Having considered the stipulation filed by the parties, and good cause appearing, the

3 Court hereby ORDERS that Plaintiff's response to Defendants' Motion to Dismiss Certain

4 Claims in Plaintiff's Complaint, or Alternatively Stay the Action, shall be due no later than

5 July 7, 2014, with Defendants' reply due no later than July 16, 2014.

6     PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8 DATED: _6/30/14_____

9     HON. RICHARD SEEBORG
      United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28