**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9      SAN FRANCISCO DIVISION

10

11   MICHAEL SCHOCK,                              Case No. C 14-1902 RS

12          Plaintiff,
        v.                                        **ORDER VACATING HEARING AND**
13   CITY OF LAFAYETTE, et al.,                   **REQUESTING ADDITIONAL**
                                                  **INFORMATION**
14          Defendants.
15   _____/

16

17          Defendants move to dismiss the complaint in part, and also seek to stay this action pending

18   disposition of criminal proceedings against plaintiff arising from the incident that forms the basis of

19   his claims herein.  Defendants invoke both *Younger v. Harris*, 401 U.S. 37 (1971) and *Heck v.*

20   *Humphrey*, 512 U.S. 477 (1994) in arguing a stay is warranted.  To permit fully-informed

21   consideration of the request for a stay, the motion hearing set for September 4, 2014 is hereby

22   vacated.  Within 15 days of the date of this order, the parties shall submit a joint statement setting

23   out the current status of the criminal proceedings and their best estimate as to when those

24   proceedings will be concluded. The pending motion will then be reset for hearing, or submitted

25   without oral argument pursuant to Civil Local Rule 7-1(b), in the Court's discretion.

26

27

28

1    IT IS SO ORDERED.

2

3    Dated:  8/27/14

4                                              _____

5                                              RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California