SHARON L. ANDERSON (SBN 94814)
County Counsel
NIMA E. SOHI (SBN 233199)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:    (925) 335-1800
Facsimile:     (925) 335-1866
Electronic Mail: nima.sohi@cc.cccounty.us

Attorneys for Defendants

STAN CASPER (SBN 56075)
ADAM CARLSON (SBN 257795)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
Telephone:    (925) 947-1147
Facsimile:     (925) 947-1131
Electronic Mail: casper@cmslaw.com

Attorneys for Plaintiff
MICHAEL SCHOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHOCK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LAFAYETTE; COUNTY OF CONTRA COSTA; LAFAYETTE POLICE CHIEF ERIC CHRISTENSEN, individually and in his official capacity; LAFAYETTE POLICE OFFICER STEVE HARRISON, individually; LAFAYETTE POLICE OFFICER MICHAEL MARSHALL, individually; and DOES 1 through 20,<br><br>　　　　Defendants. | No. C14-01902 HSG<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date Action Filed: April 24, 2014<br>Trial Date: None Assigned |

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MICHAEL SCHOCK, by and through his attorney of record, Adam Carlson of the Casper, Meadows, Schwartz & Cook law firm, and Defendants CITY OF LAFAYETTE, COUNTY OF CONTRA COSTA, LAFAYETTE POLICE CHIEF ERIC CHRISTENSEN, LAFAYETTE POLICE OFFICER STEVE HARRISON, and LAFAYETTE POLICE OFFICER MICHAEL MARSHALL (collectively "Defendants"), by and through their attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby stipulate to a dismissal of this entire action with prejudice, each side to bear its own attorneys' fees and costs.

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each side shall bear its own attorneys' fees and costs.

DATED: March 2, 2016			CASPER, MEADOWS, SCHWARTZ & COOK


					By:	*/s/ Adam Carlson*
						ADAM CARLSON
						Attorneys for Plaintiff

DATED: March 2, 2016			SHARON L. ANDERSON
						COUNTY COUNSEL

					By:	*/s/ Nima E. Sohi*
						NIMA E. SOHI
						Deputy County Counsel
						Attorneys for Defendants
						CITY OF LAFAYETTE, COUNTY OF CONTRA COSTA, LAFAYETTE POLICE CHIEF ERIC CHRISTENSEN, LAFAYETTE POLICE OFFICER STEVE HARRISON, AND LAFAYETTE POLICE OFFICER MICHAEL MARSHALL

# ORDER

**IT IS SO ORDERED.**

DATED:   March 3, 2016

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

| | |
|---|---|
| 1 | **ATTORNEY ATTESTATION** |

2  I hereby attest that I have authorization from all of the above-named counsel to E-file this statement, and this authority is reflected by the conformed signature ("*/s/*") within this E-filed document.

By: /s/ Nima E. Sohi
NIMA E. SOHI
Deputy County Counsel
Attorneys for Defendants
CITY OF LAFAYETTE, COUNTY OF CONTRA COSTA, LAFAYETTE POLICE CHIEF ERIC CHRISTENSEN, LAFAYETTE POLICE OFFICER STEVE HARRISON, AND LAFAYETTE POLICE OFFICER MICHAEL MARSHALL